U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2005 JUN 24  A 10: 07

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

United States of America

v.                                      Case No. 04-cr-155-01-PB

Cirilo Jiminez

O R D E R

The defendant, through counsel, has moved to continue the July 6, 2005 trial in the above case, citing the need for additional time to negotiate a plea agreement.  The government does not object to a continuance of the trial date.

Accordingly, to allow additional time for the parties to negotiate a plea agreement or properly prepare for trial, the court will continue the trial from July 6, 2005 to August 2, 2005.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The June 27, 2005 final pretrial conference is continued until July 27, 2005 at 11:30 a.m.

No further continuances.

SO ORDERED.

Paul Barbadoro
United States District Judge

June 24 2005

cc:   Richard N. Foley, Esq.
      Matthew B. Smith, Esq.
      Mark E. Howard, AUSA
      United States Probation
      United States Marshal